```
1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JOSH F. SIGAL
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
```



FILED

SEP 09 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:16-SW-0544   KJN

IN RE:

THE MATTER OF THE SEARCH OF
YAHOO! ACCOUNTS

CASE NO.

[PROPOSED] ORDER COMMANDING YAHOO!
NOT TO NOTIFY ANY PERSON OF THE
EXISTENCE OF WARRANT

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding YAHOO!, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account: sqlforlife@yahoo.com in the WARRANT) of the existence of the attached WARRANT until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached WARRANT will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that YAHOO! shall not disclose the existence of the attached WARRANT or this Order of the Court, to the listed subscriber or to any other person, for one year from the date of the Court's order, except that YAHOO! may disclose the attached WARRANT to an attorney for YAHOO! for the purpose of receiving legal advice.

1  IT IS FURTHER ORDERED that the application and this Order are sealed until
2  otherwise ordered by the Court.

5  Dated: Sept 8, 2016

  Hon. Kendall J. Newman
  U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER

2