| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | JOSH F. SIGAL<br>NIRAV K. DESAI |
| 3 | Assistant United States Attorney<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |



FILED
NOV 22 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>Yahoo!, Inc., accounts | CASE NO. 2:16-SW-0544 KJN<br><br>[PROPOSED] ORDER RE: REQUEST FOR UNSEALING OF SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application, affidavit, and return are unsealed.

DATED: 11-22-16

_____
Hon. Deborah Barnes
United States Magistrate Judge